```
 1 │ JULIE M. MCCOY, Bar No. 129640
   │ LAW OFFICES OF JULIE M. MCCOY
 2 │ JACQUELYNE M. NGUYEN, Bar No. 249658
   │ 1670 SANTA ANA AVE., SUITE K
 3 │ COSTA MESA, CA 92627
   │ Telephone: (949) 722-0055
 4 │ Fax:(949) 722-8416
 5 │ Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11- **5669** |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Carina Portillo, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Carina Portillo, in the principal amount of $39,342.36 plus interest accrued to May 26, 2011, in the sum of $9,714.72; with interest accruing thereafter at the daily rate of $3.77 until entry of judgment, for a total amount of **$49,057.08**.

DATED: July 15, 2011          By: __Terry Nafisi_____
                                   Clerk of the Court

                                   __A. Martinez_____
                                   Deputy Clerk
                                   United States District Court